No. 05–7975. WASHINGTON v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT. Sup. Ct. Cal. Certiorari denied.

No. 05–7978. MCCARTY v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 05–7979. BESTER v. BROCKTON HOUSING AUTHORITY. App. Ct. Mass. Certiorari denied.

No. 05–7983. BALDAUF v. GAROUTTE ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–7984. ADAMS v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 05–7985. CUMBIE v. KRAUSE. Ct. App. N. M. Certiorari denied.

No. 05–7989. JOHNSON v. HINSLEY ET AL. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 05–7993. RUTH v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 05–7994. ROWE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 05–7999. BRUGGEMAN v. OHIO. Ct. App. Ohio, Auglaize County. Certiorari denied.

No. 05–8000. BAILEY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–8001. BENIQUEZ v. WEST, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 05–8004. DEONARINE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 05–8009. CARREON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.